United States District Court
Southern District of Texas
**ENTERED**
April 26, 2023
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| **VICTOR FRANK,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| VS. § | **CIVIL ACTION NO. 4:22-CV-03463** |
| § | |
| **U.S. BANK, N.A.,** § | |
| § | |
| **Defendant.** § | |

## FINAL JUDGMENT

On April 25, 2023, the Court granted Defendant's Motion to Dismiss and dismissed all claims with prejudice. Pursuant to Federal Rule of Civil Procedure 58(a), and for the reasons set forth at the hearing, final judgment is hereby **ENTERED** for Defendant.

**IT IS SO ORDERED**.

Signed at Houston, Texas on April 25, 2023.

_____
Keith P. Ellison
United States District Judge